# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-41439
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 19, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DENIS NOEL FLORES-HERNANDEZ, also known as Denis Noel Hernandez, also known as Eduardo Sandoval Agosta, also known as Javier Hernandez,

Defendant-Appellant

Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 4:14-CR-44

Before  JONES, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Denis Noel Flores-Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Flores-Hernandez has filed a response.  The record is not sufficiently developed to allow us to make a fair evaluation of Flores-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-41439

Hernandez's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied*, 135 S. Ct. 123 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Flores-Hernandez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.